IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

UNITED STATES OF AMERICA,
    *Plaintiff-Appellee,*

v.

CHERYL CHRISTIN
KISSENTANER,
    *Defendant-Appellant.*

No. 23-20348

## UNITED STATES' UNOPPOSED MOTION
## FOR EXTENSION OF TIME TO FILE BRIEF

The United States requests a 21-day extension of time to file its brief, to and including February 22, 2024, for the following reasons:

1.    After a five-day trial, a jury convicted Cheryl Christin Kissentaner of seven counts of willfully aiding and assisting in the preparation of false individual tax returns and presentation to the Internal Revenue Service of such false returns for five separate individuals or couples for the tax years 2015 through 2018, in violation of 26 U.S.C. § 7206(2). The district court sentenced Kissentaner to a total term of 144 months of imprisonment. Kissentaner is scheduled to be released from custody on April 18, 2033. *See*

https://www.bop.gov/inmateloc/ (last visited January 30, 2024).

2.     On appeal, Kissentaner raises complex legal questions concerning four different issues relating to her trial and sentence. The record on appeal is approximately 3,500 pages.

3.     The United States' response brief currently is due on February 1, 2024, after this Court granted a 30-day extension. This is the United States' second extension request; defense counsel is unopposed.

4.     Since Kissentaner filed her brief, I filed the United States' response brief in *United States v. Vasquez*, No. 23-20366, and a response to the defendant's bond appeal in *United States v. Boujabadi*, No. 23-20581. In addition, I have worked on time-sensitive trial issues in *United States v. Villarreal*, No. 7:11-cr-1377, and *United States v. Mora-Gonzalez*, No. 1:23-cr-250. This work is in addition to my participation in moot courts, review of draft briefs for appellate colleagues, participation on a hiring panel for an open AUSA position, and other miscellaneous duties relating to my position. Finally, I was out of the office from December 23, 2023, to January 2, 2024.

5.     In addition to my work on the instant case, I am writing the United States' response brief in *United States v. Pena Rodriguez*, No. 23-

40476, which will be filed on or before February 2, 2024. Since that brief is due in three days, I have been focused on completing the final edits on it. As such, this motion is being filed within seven days of the deadline. *See* 5th Cir. R. 31.4.1(a).

6.    I am mindful of this Court's objective of promptly resolving pending appeals, and do not seek this extension for purposes of delay, but to ensure adequate time to prepare a helpful brief for this Court. Therefore, I respectfully request a 21-day extension until February 22, 2024.

Respectfully submitted,

ALAMDAR S. HAMDANI
United States Attorney

CARMEN CASTILLO MITCHELL
Chief, Appellate Division

s/ Anna E. Kalluri
ANNA E. KALLURI
Assistant United States Attorney
United States Attorney's Office
Southern District of Texas
1000 Louisiana, Suite 2300
Houston, Texas 77002
(713) 567-9102

ATTORNEYS FOR APPELLEE

3

## CERTIFICATE OF CONFERENCE

Appellant's counsel, First Assistant Federal Public Defender Michael Herman, is unopposed to this motion.

## CERTIFICATE OF SERVICE

I, Assistant United States Attorney Anna E. Kalluri, hereby certify that on January 30, 2024, an electronic copy of "United States' Unopposed Motion for Extension of Time to File Brief" was served by notice of electronic filing via this Court's CM/ECF system upon opposing counsel, First Assistant Federal Public Defender Michael Herman.

s/Anna E. Kalluri
ANNA E. KALLURI
Assistant United States Attorney
Dated:   January 30, 2024

# CERTIFICATE OF COMPLIANCE

1.  This document complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because it contains 412 words, excluding any part exempted by Fed. R. App. P. 27(a)(2)(B).

2.  This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in Century Schoolbook, 14-point font for text and 12-point font for footnotes.

3.  This document complies with the privacy redaction requirement of 5th Cir. R. 25.2.13 because it has been redacted of any personal data identifiers.

4.  This document complies with the electronic submission of 5th Cir. R. 25.2.1, because it is an exact copy of the paper document.

5.  This document has been scanned for viruses with the most recent version of McAfee Endpoint Security and is free of viruses.

s/Anna E. Kalluri
ANNA E. KALLURI
Assistant United States Attorney
Dated: January 30, 2024

5