# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 21, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 23-20348   USA v. Kissentaner
                USDC No. 4:22-CR-157-1

The court has granted Appellee's unopposed motion for an extension of time to and including February 29, 2024, for filing the Appellee's brief in this case.

No further extensions will be granted.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Dantrell L. Johnson, Deputy Clerk
504-310-7689

Mr. Michael Lance Herman
Mr. Evan Gray Howze
Ms. Anna Elizabeth Kalluri
Ms. Marjorie A. Meyers
Ms. Carmen Castillo Mitchell